

# Fourth Court of Appeals
## San Antonio, Texas

March 15, 2023

No. 04-22-00823-CV

Eduardo Martinez **ARIZALA**,
Appellant

v.

Lourdes Lizeth Martinez **ARIZALA**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2022CI14443
Honorable Mary Lou Alvarez, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that costs be assessed against appellant.

SIGNED March 15, 2023.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of March, 2023.

_____
Michael A. Cruz, Clerk of Court